Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 7231 | **DATE** | 10/21/2009 |
| **CASE TITLE** | Pfizer vs. Apotex | | |

**DOCKET ENTRY TEXT**

Status hearing held.  By agreement of the parties, the above-entitled case is hereby ordered consolidated for all purposes with Case No. 09 C 6053, Pfizer  vs.  Apotex.  Defendant Apotex is given to and including 10/28/09 in which to file its answer and counterclaim.  Further information from today's status hearing will be forthcoming.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TBK |
|---|---|---|