**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT**

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, and WARNER-LAMBERT COMPANY LLC, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>APOTEX INC., and APOTEX CORP., <br>　　　　　Defendants. | Case No. 08 C 7231 <br><br> Consolidated for all purposes with Case No. 09-cv-6053 <br><br> Judge: Robert M. Dow, Jr. |

**PLAINTIFF PFIZER'S MOTION TO DISMISS
DEFENDANT APOTEX'S COUNTERCLAIMS**

Pursuant to Fed. R. Civ. P. 12(b)(1), (b)(6) and for the reasons set forth in its previously-filed opening and reply memoranda (D.I. 56 and 79) and its accompanying supplemental memorandum, plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals, and Warner-Lambert Company LLC, formerly Warner-Lambert Company move to dismiss Defendants' counterclaims and its affirmative defenses of non-infringement and invalidity.

　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

November 12, 2009　　　　　　　　　　　/s/ Jeffrey M. Drake
　　　　　　　　　　　　　　　　　　　　John S. Mortimer
　　　　　　　　　　　　　　　　　　　　Jeffrey M. Drake
　　　　　　　　　　　　　　　　　　　　WOOD PHILLIPS
　　　　　　　　　　　　　　　　　　　　500 West Madison Street
　　　　　　　　　　　　　　　　　　　　Suite 3800
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60661-2562
　　　　　　　　　　　　　　　　　　　　(312) 876-1800

OF COUNSEL:
Rudolf E. Hutz
Jeffrey B. Bove
Mary W. Bourke
Daniel C. Mulveny
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141

William E. McShane
CONNOLLY BOVE LODGE & HUTZ LLP
1875 Eye Street, NW
Suite 1100
Washington, DC 20006
(202) 572-0335
*Attorneys for Plaintiffs*

Dated: November 12, 2009

## **CERTIFICATE OF SERVICE**

I, Jeffrey M. Drake, caused to be served a copy of the foregoing:

PLAINTIFF PFIZER'S MOTION TO DISMISS
DEFENDANT APOTEX'S COUNTERCLAIMS

by filing same with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following counsel of record:

>William A. Rakoczy
>Paul J. Molino
>Deanne M. Mazzochi
>Andrew M. Alul
>Rakoczy Molino Mazzochi Siwik, LLP
>6 West Hubbard Street
>Suite 500
>Chicago, Illinois 60654

*Attorneys for Apotex*

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey M. Drake