# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 C 7231 | **DATE** | 9/21/2010 |
| **CASE TITLE** | PFIZER, INC., ET AL vs. APOTEX, INC., ET AL | | |

**DOCKET ENTRY TEXT**

Motion hearing [219],[223] held. Plaintiff's unopposed motion for leave to enter the appearance of Dean A. Monco [223] is granted. Defendant Apotex's motion for enforcement of this Court's 8/4/2010 order [219] is denied as moot. Defendant Apotex's motion for sanctions [219] is denied because the evidence does not show that Pfizer submitted redacted documents in bad faith or has since been dilatory in providing unredacted documents.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | TP |
|---|---|---|